■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TY JONES, Appellant. [916 NYS2d 558]—Appeal from a judgment of the Supreme Court, Erie County (M. William Boller, A.J.),

rendered May 19, 2009. The judgment convicted defendant, upon his plea of guilty, of grand larceny in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Lococo*, 92 NY2d 825, 827 [1998]). Present—Smith, J.P., Carni, Sconiers, Green and Gorski, JJ.